FILED

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT OCT 19 AM 8:34

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Nos. 03-15958-EE & 03-16438-EE

SEP 13 2004

THOMAS K. KAHN
CLERK

FULL SAIL, INC.,
a Florida corporation,

                                                                                                       Plaintiff-Appellant,

                        versus                6:03CV887

RYAN SPEVACK, individually and
d/b/a Shitty Schools, Inc., and
ZERO ONE ENTERTAINMENT, an
Arizona non-profit corporation,

                                                                                   Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: CARNES and HULL, Circuit Judges.

BY THE COURT:

The parties' " Motion Temporarily to Relinquish Jurisdiction," which is construed as a joint motion for limited remand to District Court for the purpose of approval of their settlement agreement is GRANTED. The joint motion to stay this appeal is GRANTED for a maximum of sixty days or until November 15,

) )

2004, as the matter should be resolved in the district court by that date.

This Court reminds Appellant that, should the District Court approve the parties' settlement, a motion to dismiss these consolidated appeals should be filed in this Court forthwith.

# United States Court of Appeals FILED
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

04 OCT 19 AM 8:36

For rules and forms visit
www.ca11.uscourts.gov

September 13, 2004

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando FL 32801

**Appeal Number: 03-15958-EE**
Case Style: Full Sail, Inc. v. Ryan Spevack
District Court Number: 03-00887 CV-ORL-31JGG

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings.
JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda Wiegmann (404) 335-6174

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (3-2004)